

**Mintzer Sarowitz Zeris Ledva & Meyers**
ATTORNEYS AT LAW

39 Broadway, Suite 950
New York, NY 10006
Tel: 212.968.8300
Fax: 212.968.9840
www.defensecounsel.com

USDC S[...]
DOCUM[...]
[...]Y FILED
DATE F[...] JUL 0 9 2008

E-mail tdarmody@defensecounsel.com
File No. 000926.000042

1528 Walnut Street
22nd Floor
Philadelphia, PA 19102
Tel 215 735 7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel 856 616 0700

39 Broadway
Suite 950
New York, NY 10006
Tel 212.968 8300

17 West John Street
Suite 200
Hicksville, NY 11801
Tel 516 939 9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel 305 774 9966

625 Liberty Avenue
Suite 390
Pittsburgh, PA 15222
Tel 412 928 0502

1220 North Market Street
Suite 300
Wilmington, DE 19801
Tel 302 655 2181

July 8, 2008

**SO ORDERED**
The conference is adjourned to
October 9, 2008 at 9:30 a.m.
JUL 0 9 2008    *George B. Daniels*
HON. GEORGE B. DANIELS

**Via Fax Delivery Only**
Honorable George B. Daniels
United States District Judge
United States District Courthouse
500 Pearl Street
Courtroom 15D
New York, New York

RE:   **Cinnamon Harris v. The Stop & Shop Supermarket Company, LLC**
      **Docket No. 07 cv 11558(GBD)**

Dear Honorable Sir:

I am writing to confirm my telephone conversation this afternoon with Heather in your chambers concerning the captioned matter. As discussed, due to the fact that I was involved in a trial for three weeks, we were unable to complete discovery and the parties have agreed to extend the time to complete the discovery until August 5, 2008. The parties have executed a stipulation, a copy of which is enclosed.

We would, therefore, request that the Case Management Conference scheduled for July 10, 2008 be adjourned. This letter will confirm that the next conference will take place on October 9, 2008 at 9:30 a.m.

Thank you for your courtesy and cooperation in this matter. Should you have any further questions do not hesitate to contact the undersigned.

Respectfully yours,

THOMAS G. DARMODY

Enclosure

cc:   Jean M. Prabhu, Esq.
      BURNS & HARRIS, ESQS.
      233 Broadway
      New York, NY 10007