```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CINNAMON HARRIS,                    :
            Plaintiff,              :     ORDER
         -against-                  :     07 Civ. 11558 (GBD)(MHD)
THE STOP & SHOP SUPERMARKET         :
CO., LLC,
                                    :
            Defendant.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

4/14/09

It is hereby ORDERED that a settlement conference has been scheduled in the above-captioned action on **THURSDAY, APRIL 30, 2009, at 3:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other about their respective settlement positions** prior to the settlement

conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to attend the conference.

Dated: New York, New York
       April 14, 2009

                              SO ORDERED.


                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

Thomas G. Darmody, Esq.
Mintzer, Sarowitz, Zeris, Ladva, & Meyers, LLP
39 Broadway, Ste. 950
New York , NY 10006

Jean M. Prabhu, Esq.
Burns & Harris
833 Broadway, Ste. 900
New York, NY 10279